MARY RUTGERS McCREA CONGER, Respondent, *v.* ABRAHAM
B. CONGER, Appellant.

Evidence of mere association and frequent interviews between a man and
woman, in the absence of criminating circumstances, cannot be attributed
to an improper purpose, and will not sustain a charge of adultery.

(Argued June 10, 1880; decided September 21, 1880.)

THIS was an action for divorce *a vinculo*, on the ground
of adultery. The referee found the charge not proved, and
reported in favor of a dismissal of the complaint. This report
was confirmed, and judgment entered accordingly. The General Term reversed the judgment on the facts and ordered a
new trial.

The court here agree with the referee, that while the evidence
disclosed association, frequent interviews and intimacy between
the defendant and the woman with whom he was charged with
having adulterous intercourse, there was no credible evidence
of improper conduct or familiarities, or of any criminal attachment between them, and the evidence showed that the frequent
meetings of the parties were for proper and innocent purposes.
The court repeat the rule above stated, citing *Pollock* v. *Pollock* (71 N. Y. 137).

*Robert Sewell* for appellant.

*John E. Parsons* for respondent.

DANFORTH, J., reads for reversal of order of General Term, and for affirmance of judgment of Special Term.

All concur; FOLGER, Ch. J., concurring in result.

Order reversed and judgment accordingly.